IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 95-31288
Summary Calendar

_____


UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

        versus


CLARENCE ROBINSON, JR.,

                                        Defendant-Appellant.



_____

Appeal from the United States District Court for the
Middle District of Louisiana
(CR-94-26-B-M2)

_____


September 25, 1996
Before GARWOOD, JOLLY and DENNIS, Circuit Judges.[*]

PER CURIAM:

        Clarence Robinson, Jr., appeals his sentence following his

jury trial conviction for possession of a firearm by a convicted

felon.  Robinson argues that the district court denied him due

process of law regarding his sentence because the court denied his

motion for continuance and his motion for funds to hire an

_____

        [*]Pursuant to Local Rule 47.5, the Court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in Local Rule 47.5.4.

investigator.  Robinson also argues that the district court erroneously applied the preponderance of the evidence burden of proof at his sentencing hearing.  As the district court did not abuse its discretion in denying Robinson's motions, Robinson was not denied due process of law.  *See United States v. Gadison*, 8 F.3d 186, 191 (5th Cir. 1993); *United States v. Correa-Ventura*, 6 F.3d 1070, 1074 (5th Cir. 1993); *United States v. Goodwin*, 770 F.2d 631, 634 (7th Cir. 1985).  The district court correctly applied the preponderance of the evidence standard as the appropriate standard of review at Robinson's sentencing.  *See United States v. Megerson*, 4 F.3d 337, 343-344 (5th Cir. 1993), *cert. denied*, 114 S.Ct. 1310 (1994).

AFFIRMED

2